UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CORBETT D. WILSON,** | ) | NO. CV 13-9136-AB (MAN) |
|         Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **WARDEN BUSBY,** | ) | |
|         Respondent. | ) | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 16, 2015

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE